Ira Bodenstein
Fox Rothschild, LLP
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: JAIME, ENRIQUE | § | Case No. 14-83456 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 14, 2014.  The undersigned trustee was appointed on September 23, 2016.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of      $             73,380.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 8,605.10 |
| Bank service fees | 780.57 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 63,994.33 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/03/2015 and the deadline for filing governmental claims was 05/13/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,919.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,919.00, for a total compensation of $6,919.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $104.60, for total expenses of $104.60.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/04/2018          By: /s/Ira Bodenstein
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-83456  
**Case Name:** JAIME, ENRIQUE  

**Period Ending:** 12/04/18

**Trustee:** (330129)  Ira Bodenstein  
**Filed (f) or Converted (c):** 11/14/14 (f)  
**§341(a) Meeting Date:** 12/18/14  
**Claims Bar Date:** 06/03/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Cash<br>   Orig. Asset Memo: Orig. Description: Cash; Imported from original petition Doc# 13; Exemption: Cash - Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 2 | HHGS/furnishing - normal complement<br>   Orig. Asset Memo: Orig. Description: HHGS/furnishing - normal complement; Imported from original petition Doc# 13; Exemption: HHGS/furnIshing - normal complement  -  Amount: 2600.00 | 2,500.00 | 0.00 | | 0.00 | FA |
| 3 | Wearing apparel - normal complement<br>   Orig. Asset Memo: Orig. Description: Wearing apparel - normal complement; Imported from original petition Doc# 13; Exemption: Wearing apparel - normal complement  -  Amount: 760.00 | 750.00 | 0.00 | | 0.00 | FA |
| 4 | Jewelry - normal complement<br>   Orig. Asset Memo: Orig. Description: Jewelry - normal complement; Imported from original petition Doc# 13; Exemption: Jewelry - normal complement  -  Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | (2) horse saddles/blankets<br>   Orig. Asset Memo: Orig. Description: (2) horse saddles/blankets; Imported from original petition Doc# 13; Exemption: (2) horse saddles/blankets  -  Amount: 600.00 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Laredo Systems (landscape business)<br>   Orig. Asset Memo: Orig. Description: Laredo Systems (landscape business); Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Laredo Systems, LLC<br>   Orig. Asset Memo: Orig. Description: Laredo Systems, LLC; Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Drive ex-wife's 2007 Honda Ridgellner (140,000 m<br>   Orig. Asset Memo: Orig. Description: Drive ex-wife's 2007 Honda Ridgellner (140,000 miles); Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83456  
**Case Name:** JAIME, ENRIQUE  

**Period Ending:** 12/04/18  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 11/14/14 (f)  
**§341(a) Meeting Date:** 12/18/14  
**Claims Bar Date:** 06/03/15  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 9  Family members litigation settlement (u)  Settlement approved 6/19/17 Dkt #214 | 0.00 | Unknown | | 68,380.00 | FA |
| 10  Attorneys Fees and Costs Awarded (u)  Fees and costs awarded 4/16/18 Dkt # 243 | 0.00 | 9,169.93 | | 5,000.00 | FA |
| 10  Assets  Totals (Excluding unknown values) | **$4,250.00** | **$9,169.93** | | **$73,380.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/2018 - Settlement concluded and payment received. Claims reconciliation underway.

3/31/2017 - Settlement of pending adversary in process

Trustee to review and file claim objections as appropriate

9/23/2016 - Trustee Heeg resigns;Trustee Bodenstein appointed successor trustee

**Initial Projected Date Of Final Report (TFR):** December 31, 2017    **Current Projected Date Of Final Report (TFR):** December 31, 2018

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-83456  
**Case Name:** JAIME, ENRIQUE  

**Taxpayer ID #:** **-***2789  
**Period Ending:** 12/04/18

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2466 - Checking Account  
**Blanket Bond:** $45,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/17 | {9} | Enrique Jaime | Installment on settlement  Dkt. #214 | 1241-000 | 15,000.00 | | 15,000.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,990.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.71 | 14,966.29 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.09 | 14,946.20 |
| 03/01/18 | {9} | Enrique Jaime | Final payment on settlement  Dkt. #214~Funds were wired by Debtor to Shaw Fishman client funds account on 2/28/2018 and check drawn and send for deposit on 3/1/2018 | 1241-000 | 53,380.00 | | 68,326.20 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.15 | 68,233.05 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.87 | 68,138.18 |
| 05/09/18 | {10} | Laredo Systems | First installment on Fees and Costs Award Dkt # 243 | 1249-000 | 1,000.00 | | 69,138.18 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.82 | 69,029.36 |
| 06/24/18 | {10} | Laredo Systems | Second installment on Fees and Costs Award Dkt # 243 | 1249-000 | 1,000.00 | | 70,029.36 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.07 | 69,933.29 |
| 07/21/18 | {10} | Laredo Systems | Third installment on Fees and Costs Award Dkt # 243 | 1249-000 | 1,000.00 | | 70,933.29 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.62 | 70,825.67 |
| 08/28/18 | {10} | Laredo Systems | Fourth installment on Fees and Costs Award Dkt # 243 | 1249-000 | 1,000.00 | | 71,825.67 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.36 | 71,720.31 |
| 09/18/18 | {10} | Laredo Systems | Fifth installment on Fees and Costs Award Dkt # 243 | 1249-000 | 1,000.00 | | 72,720.31 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.26 | 72,665.05 |
| 10/10/18 | 101 | QDiscovery LLC | Data hosting | 2990-000 | | 225.10 | 72,439.95 |
| 10/29/18 | 102 | Shaw Fishman Glantz & Towbin LLC | Fees awarded per orders dted 1/4 and 4/16 2018 Dkt #'s 234 and 243 | | | 8,380.00 | 64,059.95 |
| | | | trustee expenses              302.83 | 3120-000 | | | 64,059.95 |
| | | | trustee fees                    8,077.17 | 3110-000 | | | 64,059.95 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.62 | 63,994.33 |
| | | | **ACCOUNT TOTALS** | | 73,380.00 | 9,385.67 | **$63,994.33** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 73,380.00 | 9,385.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$73,380.00** | **$9,385.67** | |

{} Asset reference(s)

Printed: 12/04/2018 12:24 PM     V.14.14

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 14-83456 | |
| **Case Name:** | JAIME, ENRIQUE | |
| **Taxpayer ID #:** | **-***2789 | |
| **Period Ending:** | 12/04/18 | |

| | | |
|---|---|---|
| **Trustee:** | Ira Bodenstein (330129) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account:** | ******2466 - Checking Account | |
| **Blanket Bond:** | $45,000,000.00 (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 73,380.00 | | | | | |
| | | Net Estate : $73,380.00 | | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******2466** | | 73,380.00 | 9,385.67 | 63,994.33 |
| | | $73,380.00 | $9,385.67 | $63,994.33 |

{} Asset reference(s)

Printed: 12/04/2018 12:24 PM V.14.14

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 3, 2015

**Case Number:** 14-83456  
**Debtor Name:** JAIME, ENRIQUE

Page: 1

**Date:** December 4, 2018  
**Time:** 12:24:36 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | Fees of $8077.17 paid by ct orders dkt nos 234 ( $3329.00) and 243 ($4748.57) ( Trustee firm accepted that amount as a compromise of total fees awarded of $8918.50). Trustee firm also agreed to overall fee reduction of 25%. | $37,262.67 | $8,077.17 | 29,185.50 |
| 200 | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | Trustee firm costs of $302.83 paid by ct orders dkt nos 234 ($51.40) and 243 ($251.43) | $4,489.91 | $302.83 | 4,187.08 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $104.60 | $0.00 | 104.60 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $6,919.00 | $0.00 | 6,919.00 |
| 200 | Clerk US Bankruptcy Court Northern District Illinois | Admin Ch. 7 | Deferred filing fee for adversary no. 16-96023 | $350.00 | $0.00 | 350.00 |
| 21 200 | Ehrmann Gehlbach Badger Lee & Considine, LLC<br>215 E. First Street, Suite 100<br>P.O. Box 447<br>Dixon, IL 61021 | Admin Ch. 7 | Order entered 3/27/17 Dkt # 190;By agreement, allowed amount reduced 25%. | $13,500.00 | $0.00 | 13,500.00 |
| 22 200 | Ehrmann Gehlbach Badger Lee & Considine, LLC<br>215 E. First Street, Suite 100<br>P.O. Box 447<br>Dixon, IL 61021 | Admin Ch. 7 | Order entered 3/27/17 Dkt # 190 | $2,367.92 | $0.00 | 2,367.92 |
| 14P 570 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $11,065.21 | $0.00 | 11,065.21 |
| 1 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $1,694.02 | $0.00 | 1,694.02 |
| 2 610 | Arthur Clesen, Inc.<br>c/o American Financial Management, Inc.<br>8755 W. Higgins Suite 610<br>Chicago, IL 60631-2751 | Unsecured | | $31,762.80 | $0.00 | 31,762.80 |
| 3 610 | Bernardo Mercado, c/o James Harrison, Harrison Law<br>684 S. Eastwood Drive<br>Woodstock, IL 60098 | Unsecured | Amended by Claim # 19-3 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 3, 2015

**Case Number:** 14-83456  
**Debtor Name:** JAIME, ENRIQUE

Page: 2

**Date:** December 4, 2018  
**Time:** 12:24:36 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 610 | Celestino Mercado c/o James Harrison, Harrison Law Offices, P.C., 684 S Eastwood Drive Woodstock, IL 60098 | Unsecured | Amended by Claim # 19-3 | $0.00 | $0.00 | 0.00 |
| 5 610 | Crisanto Pichardo c/o James Harrison, Harrison Law Offices, P.C., 684 S Eastwood Drive Woodstock, IL 60098 | Unsecured | Amended by claim # 19-3 | $0.00 | $0.00 | 0.00 |
| 6 610 | Jaime Mercado c/o James Harrison, Harrison Law Offices, P.C., 684 S Eastwood Drive Woodstock, IL 60098 | Unsecured | Amended by clain # 19-3 | $0.00 | $0.00 | 0.00 |
| 7 610 | Jose Guzman c/o James Harrison, Harrison Law Offices, P.C., 684 S Eastwood Drive Woodstock, IL 60098 | Unsecured | Amended by claim # 19-3 | $0.00 | $0.00 | 0.00 |
| 8 610 | Conserv Farm Supply, Inc. Lichtman Eisen Partners, Ltd. 222 North LaSalle Street, Suite 300 Chicago, IL 60601 | Unsecured | | $25,082.94 | $0.00 | 25,082.94 |
| 19-3 610 | Bernardo Mercado, c/o James Harrison, Harrison Law 684 S. Eastwood Drive Woodstock, IL 60098 | Unsecured | | $179,753.02 | $0.00 | 179,753.02 |
| 9 620 | Bernardo Mercado, c/o James Harrison, Harrison Law 684 S. Eastwood Drive Woodstock, IL 60098 | Unsecured | Amended by claim # 19-3 | $0.00 | $0.00 | 0.00 |
| 10 620 | Jaime Mercado c/o James Harrison, Harrison Law Offices, P.C., 684 S Eastwood Drive Woodstock, IL 60098 | Unsecured | Amended by claim # 19-3 | $0.00 | $0.00 | 0.00 |
| 11 620 | Crisanto Pichardo c/o James Harrison, Harrison Law Offices, P.C., 684 S Eastwood Drive Woodstock, IL 60098 | Unsecured | Amended by claim # 19-3 | $0.00 | $0.00 | 0.00 |
| 12 620 | Jose Guzman c/o James Harrison, Harrison Law Offices, P.C., 684 S Eastwood Drive Woodstock, IL 60098 | Unsecured | Amended by claim # 19-3 | $0.00 | $0.00 | 0.00 |
| 13 620 | Celestino Mercado c/o James Harrison, Harrison Law Offices, P.C., 684 S Eastwood Drive Woodstock, IL 60098 | Unsecured | Ameded by claim # 19-3. | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 3, 2015

**Case Number:** 14-83456　　　　　　　　　　Page: 3　　　　　　　　　　**Date:** December 4, 2018
**Debtor Name:** JAIME, ENRIQUE　　　　　　　　　　　　　　　　　　　　　　**Time:** 12:24:36 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14U 620 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $5,224.08 | $0.00 | 5,224.08 |
| 15 -2 620 | Jose Guzman<br>c/o James Harrison,Harrison Law Offices, P.C.,684 S Eastwood Drive<br>Woodstock, IL 60098 | Unsecured | Amended by clain # 19-3 | $0.00 | $0.00 | 0.00 |
| 16 -2 620 | Jaime Mercado<br>c/o James Harrison,Harrison Law Offices, P.C.,684 S Eastwood Drive<br>Woodstock, IL 60098 | Unsecured | Amended by claim # 19-3 | $0.00 | $0.00 | 0.00 |
| 17 -2 620 | Crisanto Pichardo<br>c/o James Harrison,Harrison Law Offices, P.C.,684 S Eastwood Drive<br>Woodstock, IL 60098 | Unsecured | Amended by claim # 19-3 | $0.00 | $0.00 | 0.00 |
| 18 -2 620 | Celestino Mercado<br>c/o James Harrison,Harrison Law Offices, P.C.,684 S Eastwood Drive<br>Woodstock, IL 60098 | Unsecured | Amended by claim # 19-3 | $0.00 | $0.00 | 0.00 |
| 20 620 | Celestino Mercado<br>c/o James Harrison,Harrison Law Offices, P.C.,684 S Eastwood Drive<br>Woodstock, IL 60098 | Unsecured | Amended by claim # 19-3 | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 319,576.17 | 8,380.00 | 311,196.17 |

**TRUSTEE'S PROPOSED DISTRIBUTION**          Exhibit D

Case No.: 14-83456
Case Name: JAIME, ENRIQUE
Trustee Name: Ira Bodenstein

**Balance on hand:**          $       63,994.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $          0.00
Remaining balance:          $       63,994.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 6,919.00 | 0.00 | 6,919.00 |
| Trustee, Expenses - Ira Bodenstein | 104.60 | 0.00 | 104.60 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 13,500.00 | 0.00 | 13,500.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 2,367.92 | 0.00 | 2,367.92 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Attorney for Trustee Fees - Shaw Fishman Glantz & Towbin LLC | 37,262.67 | 8,077.17 | 29,185.50 |
| Attorney for Trustee Expenses - Shaw Fishman Glantz & Towbin LLC | 4,489.91 | 302.83 | 4,187.08 |

Total to be paid for chapter 7 administration expenses:     $       56,614.10
Remaining balance:          $        7,380.23

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $          0.00
Remaining balance:          $        7,380.23

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,065.21 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 14P | Internal Revenue Service | 11,065.21 | 0.00 | 7,380.23 |
| | Total to be paid for priority claims: | | $ | 7,380.23 |
| | Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 238,292.78 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Capital One Bank (USA), N.A. | 1,694.02 | 0.00 | 0.00 |
| 2 | Arthur Clesen, Inc. | 31,762.80 | 0.00 | 0.00 |
| 8 | Conserv Farm Supply, Inc. | 25,082.94 | 0.00 | 0.00 |
| 19 -3 | Bernardo Mercado, c/o James Harrison, Harrison Law | 179,753.02 | 0.00 | 0.00 |
| | Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 5,224.08 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14U | Internal Revenue Service | 5,224.08 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**