# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 14-83456 |
| ENRIQUE JAIME, | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | Hearing Date:  January 9, 2019 |
| | ) | Hearing Time:  9:00 a.m. |

## NOTICE OF APPLICATION

**TO:** See Attached Service List

**PLEASE TAKE NOTICE** that on January 9, 2019 at 9:00 a.m., the undersigned shall appear before the Honorable Thomas M. Lynch, or whomever may be sitting in his place and stead, in courtroom 3100, United States Bankruptcy Court for the Northern District of Illinois, Western Division, 327 S. Church Street, Rockford, IL  61101 and will then and there present the **First and Final Fee Application of Shaw Fishman Glantz & Towbin LLC as Counsel to Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses and Related Relief**, at which time you may appear if you deem fit.

Dated:  December 6, 2018

Respectfully submitted,

*/s/ Ira Bodenstein*
Ira Bodenstein (# 3126857)
FOX ROTHSCHILD LLP
321 N. Clark Street, Ste. 800
Chicago, IL 60654
Tel: (312) 541-0151
ibodenstein@foxrothschild.com
*Counsel to the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

Ira Bodenstein certifies that he caused to be served a true copy of the above and foregoing **Notice of Application** and **First and Final Fee Application of Shaw Fishman Glantz & Towbin LLC as Counsel to Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses and Related Relief**, upon the attached Service List in the manner indicated on this 6th day of December, 2018

/s/ Ira Bodenstein

## Electronic Mail Notice List – Case No. 14-83456

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Stephen G Balsley    sbalsley@bslbv.com, sjohnson@bslbv.com
- Ira Bodenstein    iratrustee@foxrothschild.com, IL29@ecfcbis.com;plove@foxrothschild.com;chdocket@foxrothschild.com
- David J Brown    djbrownlaw@aol.com
- Andrew B Fuller    andrewfuller934@hotmail.com
- Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
- James Kelly    maerikson@mkm-law.com
- Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
- Joseph D Olsen    jolsenlaw@comcast.net, jolsenlaw@aol.com
- Jason H Rock    jrock@bslbv.com
- Christina Sanfelippo    csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com
- Debra Schneider    debra.schneider@usdoj.gov

**Via U.S. Regular Mail**

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC  28272-1083

Arthur Clesen, Inc.
c/o American Financial Management, Inc.
8755 W. Higgins
Suite 610
Chicago, IL  60631-2751

Bernardo Mercado
c/o James Harrison
Harrison Law
684 S. Eastwood Drive
Woodstock, IL  60098

Conserv Farm Supply, Inc.
Lichtman Eisen Partners, Ltd.
222 N. LaSalle Street
Suite 300
Chicago, IL  60601

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Ehrmann Gehlback Badger Lee &
Considine, LLC
215 E. First Street, Suite 100
P.O. Box 447
Dixon, IL  61021

Enrique Jaime
11933 County Line Road
Garden Prairie, IL  61038

Enrique Jaime
14852 Hauley Road
Durand, IL  61024

Teresa Jaime
11933 County Line Road
Garden Prairie, IL  61038

Teresa Jaime
5896 Targee Trail
Roscoe, IL  61073

Laredo Leasing Group, Inc.
c/o Jay K. Filler, Jr.
3901 N. Route 23, Suite A
Marengo, IL  60152

Laredo Leasing, LLC
c/o Secretary of State
501 S. Second Street
Springfield, IL  62756

Laredo Systems Group, Inc.
c/o Jay K. Filler, Jr.
3901 N. Route 23, Suite A
Marengo, IL  60152

Laredo Systems, Inc.
c/o Jay K. Filler, Jr.
3901 N. Route 23, Suite A
Marengo, IL  60152

Laredo Systems, Inc.
c/o Enrique Jaime
11933 County Line Road
Garden Prairie, IL  61038

Laredo Systems, LLC
c/o Secretary of State
501 S. Second Street
Springfield, IL  62756

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 14-83456 |
| ENRIQUE JAIME, | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | Hearing Date: January 9, 2019 |
| | ) | Hearing Time: 9:00 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | Shaw Fishman Glantz & Towbin LLC |
| Authorized to Provide Professional Services to: | Ira Bodenstein, Chapter 7 Trustee |
| Date of Order Authorizing Employment: | October 17, 2016, effective as of September 20, 2016 |
| Period for Which Compensation is Sought: | September 9, 2016 through March 8, 2018 |
| Amount of Fees Sought: | $29,185.50[1] |
| Amount of Expense Reimbursement Sought: | $4,187.08 |
| This is a(n): | ☐ Interim Application    ☒ Final Application |

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 11/21/17 | 8/31/17 – 11/08/17 | $3,380.40 | $3,380.40 | N/A |
| 4/4/18 | 11/14/17 – 3/02/18 | $9,169.93 | $9,169.93[2] | N/A |

| | |
|---|---|
| Applicant: Shaw Fishman Glantz & Towbin LLC | Shaw Fishman Glantz & Towbin LLC |
| Date:   November [ ], 2018 | By:   /s/ *Ira Bodenstein* |
| | One of its Members |

---

[1] During the relevant period, Shaw Fishman Glantz & Towbin LLC rendered legal services to the Trustee in the actual amount of $38,914.00. Shaw Fishman has agreed to take a voluntary reduction of twenty-five percent (25%) of said amount.

[2] Although the total amount of $9,169.93 was allowed by Order entered 4/16/18 [Dkt. No. 243], Shaw Fishman compromised the allowed amount and accepted $5,000 in full satisfaction of said amount. All time entries for both awards were removed from the final billing statement to prevent any potential double billing.

ACTIVE\77727590.v1-12/6/18

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 14-83456 |
| ENRIQUE JAIME, | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | Hearing Date:  January 9, 2019 |
| | ) | Hearing Time:  9:00 a.m. |

**FIRST AND FINAL FEE APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC AS COUNSEL TO CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND RELATED RELIEF**

Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman"), applies to this Court pursuant to 11 U.S.C. §§ 330 and 331, Fed. R. Bankr.P. 2002(a)(6), 2016(a) and Local Bankruptcy Rule 5082-1 for: (a)(1) the total allowance and approval, on an interim and final basis, of $29,185.50[1] in new compensation for 126.30 hours of professional services rendered by Shaw Fishman as general bankruptcy counsel to Ira Bodenstein, solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Enrique Jaime (the "Debtor"), for the period beginning September 9, 2016 through and including March 8, 2018 (the "Application Period"); and (ii) allow and approve, on an interim and final basis, the reimbursement of $4,187.08 for actual costs incurred incident to those services.  In support of this application (the "Application"), Shaw Fishman states as follows:

**JURISDICTION, BACKGROUND AND SIGNIFICANT EVENTS**

1. This Court has jurisdiction over the Application under 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15 (a) of the United States District Court for the Northern District of Illinois.

---

[1] During the relevant period, Shaw Fishman rendered legal services to the Trustee in the actual amount of $38,914.00.  Shaw Fishman has agreed to take a voluntary reduction of twenty-five percent (25%) of said amount.

ACTIVE\77727590.v1-12/6/18

2. Venue of this proceeding is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On November 14, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois.

4. On September 23, 2016, the Trustee was appointed as successor trustee to Megan Heeg for the Debtor's estate.

5. On October 5, 2016, the Trustee filed the Application of Trustee for Authority to Employ Counsel [Dkt. No. 158] (the "Shaw Fishman Retention Application") to retain John W. Guzzardo and the law firm of Shaw Fishman Glantz & Towbin LLC (collectively, "Shaw Fishman") as bankruptcy counsel in connection with the above-captioned bankruptcy case pursuant to 11 U.S.C. §§ 327 and 330 and Fed. R. Bankr. P. 2014.

6. On October 17, 2016, the Court entered an order [Dkt. No. 163] granting the Shaw Fishman Retention Application, authorizing the Trustee to employ Shaw Fishman effective as of September 20, 2016.

7. On June 11, 2018, Shaw Fishman merged with the law firm of Fox Rothschild LLP ("Fox"). All of the attorneys then employed at Shaw Fishman joined Fox.[2]

## SERVICES RENDERED BY SHAW FISHMAN

8. During the Application Period, Shaw Fishman assisted the Trustee, with, among other things, issuing discovery and reviewing documents concerning potential assets of the estate, the personal inspection and cataloguing of the equipment and machinery on the Debtor's business

---

[2] On June 13, 2018, the Court entered its Order authorizing John Guzzardo to withdraw his appearance on behalf of the Trustee [Dkt. No. 248].

premises, the investigation of potential transfers of property by the Debtor, the negotiation and consummation of a global resolution of all outstanding issues with the Debtor and the enforcement of that global settlement.

9. The Shaw Fishman statement of services rendered and expenses incurred (the "Invoices") for the Application Period are attached hereto as "Exhibit A" and incorporated herein by reference. The Invoices provide detailed descriptions of all services rendered, as well as the timekeeper, date, and amount of time expended.

10. In the aggregate, Shaw Fishman attorneys and paralegals rendered 126.30 hours of legal services to the Trustee in connection with this Case during the Application Period. All of the services reflected on the attached Invoice pertain to this Case and were rendered at the request of the Trustee in the exercise of his duties under 11 U.S.C. § 1106. At the customary hourly rates charged by Shaw Fishman's attorneys and paralegals, the aggregate amount which Shaw Fishman has agreed to accept for the services rendered during the Application Period is $29,185.50, for an average hourly rate of approximately $231.08 [see footnote 1]. The expenses for which reimbursement is requested are those customarily charged by Shaw Fishman to all of its clients. The aggregate expense reimbursement reflected on the attached Invoice sought by this Application is $4,187.08.

11. The hourly rates charged by Shaw Fishman with respect to its legal services compare favorably with the rates charged by other Chicago and Rockford metropolitan firms having attorneys and paralegals with similar experience and expertise as the Shaw Fishman professionals. Further, the amount of time spent by Shaw Fishman with respect to the Cases is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, and the ultimate benefit to the Estates.

3

12. In an effort to provide the court and parties in interest with understandable information concerning the amount and nature of Shaw Fishman's services during the Application Period, and in compliance with Local Bankruptcy Rule 5082-1, Shaw Fishman has classified its services into seven (6) separate categories of services, as follows:

| Description | Total Hours | Total Fees Incurred |
| --- | --- | --- |
| Case Administration | 10.20 | $2,184.50 |
| Claims and Settlement | 37.60 | $12,559.50 |
| Discovery and Investigation | 51.10 | $15,347.00 |
| Fee Application | 2.80 | $1,106.00 |
| Litigation | 21.80 | $6,923.50 |
| Retention of Professionals | 2.80 | $ 793.50 |
| **TOTAL** | **126.30** | **$38,914.00** |

13. The following is a separate description of each of Shaw Fishman's principal categories of activities, which generally describe the tasks performed. The Invoices provide detailed descriptions of all services rendered in each of the following categories and the timekeeper, date and amount of time expended in each category. Summary charts for each category setting forth each professional who rendered services, total time and value of services, and the total dollar value are also provided herein as follows:

4

### A.    Case Administration

14.    Shaw Fishman expended 10.20 hours of professional services having a value of $2,184.50 pertaining to the preliminary review of the Debtor's bankruptcy petition and initial pleadings filed by the former trustee, participation in the status hearing and the release of a lis pendens filed against the Debtor's business premises.

15.    The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| John W. Guzzardo | 8.5 | $1,777.50 |
| Christina M. Sanfelippo | .4 | $108.00 |
| Patricia M. Fredericks | 1.3 | $299.00 |

### B.    Claims and Settlement

16.    Shaw Fishman expended 37.6 hours of professional services having a value of $12,559.50 pertaining to the prosecution and settlement of the adversary proceeding filed against the Debtor and his family members by the former Trustee.  Services included review of scheduled claims, negotiation of the settlement which led a global resolution which brought $65,000 into the estate and filing of and prosecution of the 9019 motion which approved the settlement.

17.    The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

5

| Professional | Hours | Amount |
|---|---|---|
| John W. Guzzardo | 19.1 | $7,544.50 |
| Christine M. Sanfelippo | 17.7 | $4,839.00 |
| Carleen S. Gordon | .8 | $ 176.00 |

### C.    Discovery and Investigation

18.    Shaw Fishman expended 51.10 hours of professional services having a value of $15,347.00 pertaining to inspection of the debtors business premises, review and cataloging of the thousands of pages of documents provided by the Debtor and his family members and production of documents in response to discovery requests from the Debtor.

19.    The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| John W. Guzzardo | 22.2 | $8,769.00 |
| Christina M. Sanfelippo | 4.4 | $1,188.00 |
| Carleen S. Gordon | 24.5 | $5,390.00 |

### D.    Fee Applications

20.    Shaw Fishman expended 2.8 hours of professional services having a value of $1,106.00 pertaining to review of the fee application for the attorneys of the former trustee.

6

21. The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| John W. Guzzardo | 2.8 | $1,106.00 |

### E. Litigation

22. Shaw Fishman expended 21.8 hours of professional services having a value of $6,923.50 pertaining to issues surrounding the negotiation and enforcement of the courts orders on motions to compel and turnover and the global settlement agreement between the Trustee, the Debtor and the Debtor's family members.

23. The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| John W. Guzzardo | 8.3 | $3,278.00 |
| Christine M. Sanfelippo | 13.5 | $3,645.00 |

### F. Retention of Professionals

24. Shaw Fishman expended 2.8 hours of professional services having a value of $793.50 pertaining to retention of counsel for the Trustee.

ACTIVE\77727590.v1-12/6/18

25. The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| John W. Guzzardo | .3 | $118.50 |
| Christina M. Sanfelippo | 2.5 | $675.00 |

**SUMMARY OF SERVICES RENDERED BY PROFESSIONAL**

26. In summary, the total compensation sought for each professional with respect to the aforementioned categories is as follows:

| Professional | Position | Hourly Rate | Billed Hours | Amount |
|---|---|---|---|---|
| John W. Guzzardo | Of-Counsel | $410.00 | 4 | $1,640.00 |
| John W. Guzzardo | Of-Counsel | $395.00 | 53.20 | $21,014.00 |
| Christina M. Sanfelippo | Associate | $270.00 | 38.50 | $10,395.00 |
| Patricia M. Fredericks | Paralegal | $230.00 | 1.30 | $299.00 |
| Carlene S. Gordon | Paralegal | $220.00 | 25.30 | $5,566.00 |
| TOTAL | | | 126.30 | $38.914.00 |

27. In evaluating this Application, this Court should consider the following: (a) the value of the services rendered by Shaw Fishman on behalf of the Trustee; (b) the nature and complexity of the issues presented; (c) the skill required to perform the legal services properly; (d) the customary fees charged by other professionals in this case and in similar cases; the experience and ability of the professionals involved; and (f) the amount of compensation awarded in similar

8

cases. When viewed either individually or collectively, these factors support an award of the requested compensation in full.

28. Shaw Fishman has conscientiously attempted to avoid having multiple attorneys appear on behalf of the Trustee. To the greatest extent possible, meetings, court appearances, negotiations and other matters were handled on an individual basis.

29. Given the criteria set forth in 11 U.S.C. § 330, namely: (a) the nature, extent and value of the services; (b) the time spent; (c) the rates charged for such services; (d) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (e) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Shaw Fishman respectfully submits that the requested compensation represents a fair and reasonable amount that should be allowed in full and on a final basis.

## EXPENSES

30. The aggregate amount of expenses for which reimbursement is being sought is $4,187.08. All of the expenses for which reimbursement is requested are expenses which Shaw Fishman customarily recoups from its clients. An itemization of the expenses is attached hereto as part of Exhibit A. The types of costs for which reimbursement is sought are listed below:

| Internal Photocopy | 10¢ per page |
| --- | --- |
| Overnight Delivery (*e.g.*, Federal Express) | actual cost |
| Filing Fees | actual cost |
| Miscellaneous | actual cost |
| On Line Legal or Factual Research (Pacer) | actual or prorated percentage cost |
| Postage | actual cost |
| Process Server | actual cost |
| Westlaw | actual or prorated percentage cost |
| Local Telephone | Actual cost |
| Outgoing/Income Facsmiles | No cost |
| Local and Long Distance Travel | Actual cost |

9

| Recording Fees   | Actual costs |
| Deposition Costs | Actual costs |

31. The specific expenses for which reimbursement is requested during the Application Period are as follows:

| | |
|---|---|
| PACER | $223.00 |
| Federal Express | $21.65 |
| Postage | $75.02 |
| Court Call | $664.00 |
| Copying Services | $1,669.50 |
| e-Discovery | $1,407.39 |
| Recorder of Deeds | $52.00 |
| Mileage | $74.52 |

32. All of the expenses for which reimbursement is requested are actual and necessary expenses, which Shaw Fishman incurred in the course of providing services to the Trustee. All expenses were billed in the same manner as Shaw Fishman bills its non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

## COMPLIANCE WITH 11 U.S.C. § 504

33. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Shaw Fishman and any other firm, person or entity for the sharing of division of any compensation payable to Shaw Fishman.

10

# NOTICE

34.    Notice of this Application has been provided in accordance with Federal Rule of Bankruptcy Procedure 2002(a)(6) to (i) the Office of the United States Trustee; (ii) counsel for the Debtor; (iii) all creditors requesting notice in this case; and (iv) all creditors who filed proofs of claim. Shaw Fishman requests that the Court finds this notice sufficient under the circumstances.

# CONCLUSION

WHEREFORE, Shaw Fishman Glantz & Towbin LLC respectfully requests the entry of an order, substantially in the form attached hereto, that:

a) Approves and allows Shaw Fishman's compensation in the amount of $29,185.50, on a final basis, for services provided during the Application Period beginning September 9, 2016 through and including March 8, 2018;

b) Approves and allows Shaw Fishman $4,187.08 in expense reimbursement, on a final basis, for expenses incurred during the Application Period beginning September 9, 2016 through and including March 8, 2018;

c) Authorizes the Trustee to pay Shaw Fishman $29,185.50 in allowed fees;

d) Authorizes the Trustee to pay Shaw Fishman $4,187.08 in allowed expenses; and

e) Provides Shaw Fishman with such additional relief as may be appropriate and just under the circumstances.

Respectfully submitted,

SHAW FISHMAN GLANTZ & TOWBIN LLC

Dated: December 6, 2018

By:    /s/ Ira Bodenstein
Ira Bodenstein
Fox Rothschild LLP
321 North Clark Street, Suite 800
Chicago, IL 60654
Tel: (312) 541-0151
Fax: (312) 980-3888

*Counsel for the Trustee*