## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  JAIME, ENRIQUE                                    §   Case No. 14-83456
                                                         §
                                                         §
                                                         §
Debtor(s)                                                §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $4,250.00                    Assets Exempt: $4,460.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$7,380.23      Claims Discharged
                                               Without Payment: $247,201.84

Total Expenses of Administration:$65,999.77

3) Total gross receipts of $ 73,380.00 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $73,380.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 84,398.60 | 65,999.77 | 65,999.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 11,065.21 | 11,065.21 | 7,380.23 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 4,622,956.67 | 243,516.86 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,718,420.48 | $320,581.84 | $73,380.00 |

4)  This case was originally filed under Chapter 7 on November 14, 2014. The case was pending for 52 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/27/2019            By: /s/Ira Bodenstein
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Family members litigation settlement | 1241-000 | 68,380.00 |
| Attorneys Fees and Costs Awarded | 1249-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$73,380.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ira Bodenstein | 2100-000 | N/A | 6,919.00 | 6,919.00 | 6,919.00 |
| Trustee Expenses - Ira Bodenstein | 2200-000 | N/A | 104.60 | 104.60 | 104.60 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Fees (Trustee Firm) - Shaw Fishman Glantz & Towbin LLC | 3110-000 | N/A | 51,161.50 | 37,262.67 | 37,262.67 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) - Shaw Fishman Glantz & Towbin LLC | 3120-000 | N/A | 4,489.91 | 4,489.91 | 4,489.91 |
| Attorney for Trustee Fees (Trustee Firm) - Ehrmann Gehlbach Badger Lee & Considine, | 3110-000 | N/A | 18,000.00 | 13,500.00 | 13,500.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Ehrmann Gehlbach Badger Lee & | 3120-000 | N/A | 2,367.92 | 2,367.92 | 2,367.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.71 | 23.71 | 23.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.09 | 20.09 | 20.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.15 | 93.15 | 93.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 94.87 | 94.87 | 94.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 108.82 | 108.82 | 108.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 96.07 | 96.07 | 96.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 107.62 | 107.62 | 107.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 105.36 | 105.36 | 105.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.26 | 55.26 | 55.26 |
| Other - QDiscovery LLC | 2990-000 | N/A | 225.10 | 225.10 | 225.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 65.62 | 65.62 | 65.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $84,398.60 | $65,999.77 | $65,999.77 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14P | Internal Revenue Service | 5800-000 | N/A | 11,065.21 | 11,065.21 | 7,380.23 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $11,065.21 | $11,065.21 | $7,380.23 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,694.02 | 1,694.02 | 0.00 |
| 2 | Arthur Clesen, Inc. | 7100-000 | N/A | 31,762.80 | 31,762.80 | 0.00 |
| 3 | Bernardo Mercado, c/o James Harrison, Harrison Law | 7100-000 | N/A | 207,940.54 | 0.00 | 0.00 |
| 4 | Celestino Mercado | 7100-000 | N/A | 207,940.54 | 0.00 | 0.00 |
| 5 | Crisanto Pichardo | 7100-000 | N/A | 207,940.54 | 0.00 | 0.00 |
| 6 | Jaime Mercado | 7100-000 | N/A | 207,940.54 | 0.00 | 0.00 |
| 7 | Jose Guzman | 7100-000 | N/A | 207,940.54 | 0.00 | 0.00 |
| 8 | Conserv Farm Supply, Inc. | 7100-000 | N/A | 25,082.94 | 25,082.94 | 0.00 |
| 9 | Bernardo Mercado, c/o James Harrison, Harrison Law | 7200-000 | N/A | 269,257.73 | 0.00 | 0.00 |
| 10 | Jaime Mercado | 7200-000 | N/A | 422,455.21 | 0.00 | 0.00 |
| 11 | Crisanto Pichardo | 7200-000 | N/A | 320,280.95 | 0.00 | 0.00 |
| 12 | Jose Guzman | 7200-000 | N/A | 369,328.00 | 0.00 | 0.00 |
| 13 | Celestino Mercado | 7200-000 | N/A | 301,411.52 | 0.00 | 0.00 |
| 14U | Internal Revenue Service | 7200-000 | N/A | 5,224.08 | 5,224.08 | 0.00 |
| 15 -2 | Jose Guzman | 7200-000 | N/A | 347,036.54 | 0.00 | 0.00 |
| 16 -2 | Jaime Mercado | 7200-000 | N/A | 392,095.54 | 0.00 | 0.00 |
| 17 -2 | Crisanto Pichardo | 7200-000 | N/A | 305,210.54 | 0.00 | 0.00 |
| 18 -2 | Celestino Mercado | 7200-000 | N/A | 306,330.54 | 0.00 | 0.00 |
| 19 -3 | Bernardo Mercado, c/o James Harrison, Harrison Law | 7100-000 | N/A | 179,753.02 | 179,753.02 | 0.00 |
| 20 | Celestino Mercado | 7200-000 | N/A | 306,330.54 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $4,622,956.67 | $243,516.86 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

## Form 1

Page: 1

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 14-83456

**Case Name:** JAIME, ENRIQUE

**Period Ending:** 02/27/19

**Trustee:**     (330129)   Ira Bodenstein

**Filed (f) or Converted (c):**  11/14/14 (f)

**§341(a) Meeting Date:**  12/18/14

**Claims Bar Date:**   06/03/15

| 1<br><br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | 2<br><br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br><br>**Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | 4<br><br>**Property**<br>**Abandoned**<br>**OA=§554(a)** | 5<br><br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br><br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|
| 1 | Cash<br>   Orig. Asset Memo: Orig. Description: Cash; Imported from original petition Doc# 13; Exemption: Cash - Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 2 | HHGS/furnishing - normal complement<br>   Orig. Asset Memo: Orig. Description: HHGS/furnishing - normal complement; Imported from original petition Doc# 13; Exemption: HHGS/furnIshing - normal complement  - Amount: 2600.00 | 2,500.00 | 0.00 | | 0.00 | FA |
| 3 | Wearing apparel - normal complement<br>   Orig. Asset Memo: Orig. Description: Wearing apparel - normal complement; Imported from original petition Doc# 13; Exemption: Wearing apparel - normal complement  - Amount: 760.00 | 750.00 | 0.00 | | 0.00 | FA |
| 4 | Jewelry - normal complement<br>   Orig. Asset Memo: Orig. Description: Jewelry - normal complement; Imported from original petition Doc# 13; Exemption: Jewelry - normal complement  - Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | (2) horse saddles/blankets<br>   Orig. Asset Memo: Orig. Description: (2) horse saddles/blankets; Imported from original petition Doc# 13; Exemption: (2) horse saddles/blankets  - Amount: 600.00 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Laredo Systems (landscape business)<br>   Orig. Asset Memo: Orig. Description: Laredo Systems (landscape business); Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Laredo Systems, LLC<br>   Orig. Asset Memo: Orig. Description: Laredo Systems, LLC; Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Drive ex-wife's 2007 Honda Ridgellner (140,000 m<br>   Orig. Asset Memo: Orig. Description: Drive ex-wife's 2007 Honda Ridgellner (140,000 miles); Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83456

**Case Name:**   JAIME, ENRIQUE

**Period Ending:** 02/27/19

**Trustee:**   (330129)   Ira Bodenstein

**Filed (f) or Converted (c):**  11/14/14 (f)

**§341(a) Meeting Date:**   12/18/14

**Claims Bar Date:**   06/03/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 9   Family members litigation settlement  (u) <br>     Settlement approved 6/19/17 Dkt #214 | 0.00 | Unknown | | 68,380.00 | FA |
| 10   Attorneys Fees and Costs Awarded  (u) <br>     Fees and costs awarded 4/16/18 Dkt # 243 | 0.00 | 9,169.93 | | 5,000.00 | FA |
| **10**   **Assets**    **Totals** (Excluding unknown values) | **$4,250.00** | **$9,169.93** | | **$73,380.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/2018 - Settlement concluded and payment received. Claims reconciliation underway.

3/31/2017 -  Settlement of pending adversary in process

Trustee to review and file claim objections as appropriate

9/23/2016 - Trustee Heeg resigns;Trustee Bodenstein appointed successor trustee

**Initial Projected Date Of Final Report (TFR):**     December 31, 2017     **Current Projected Date Of Final Report (TFR):**     December 6, 2018  (Actual)

Exhibit 9

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-83456

**Case Name:** JAIME, ENRIQUE

**Taxpayer ID #:** **-***2789

**Period Ending:** 02/27/19

**Trustee:** Ira Bodenstein (330129)

**Bank Name:** Rabobank, N.A.

**Account:** ******2466 - Checking Account

**Blanket Bond:** $45,000,000.00   (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/17 | {9} | Enrique Jaime | Installment on settlement  Dkt. #214 | 1241-000 | 15,000.00 | | 15,000.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,990.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.71 | 14,966.29 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.09 | 14,946.20 |
| 03/01/18 | {9} | Enrique Jaime | Final payment on settlement  Dkt. #214~Funds were wired by Debtor to Shaw Fishman client funds account on 2/28/2018 and check drawn and send for deposit on 3/1/2018 | 1241-000 | 53,380.00 | | 68,326.20 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.15 | 68,233.05 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.87 | 68,138.18 |
| 05/09/18 | {10} | Laredo Systems | First installment on Fees and Costs Award Dkt # 243 | 1249-000 | 1,000.00 | | 69,138.18 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.82 | 69,029.36 |
| 06/24/18 | {10} | Laredo Systems | Second installment on Fees and Costs Award Dkt # 243 | 1249-000 | 1,000.00 | | 70,029.36 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.07 | 69,933.29 |
| 07/21/18 | {10} | Laredo Systems | Third installment on Fees and Costs Award Dkt # 243 | 1249-000 | 1,000.00 | | 70,933.29 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.62 | 70,825.67 |
| 08/28/18 | {10} | Laredo Systems | Fourth installment on Fees and Costs Award Dkt # 243 | 1249-000 | 1,000.00 | | 71,825.67 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.36 | 71,720.31 |
| 09/18/18 | {10} | Laredo Systems | Fifth installment on Fees and Costs Award Dkt # 243 | 1249-000 | 1,000.00 | | 72,720.31 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.26 | 72,665.05 |
| 10/10/18 | 101 | QDiscovery LLC | Data hosting | 2990-000 | | 225.10 | 72,439.95 |
| 10/29/18 | 102 | Shaw Fishman Glantz  & Towbin LLC | Fees awarded per orders dted 1/4 and 4/16 2018 Dkt #'s 234 and 243 | | | 8,380.00 | 64,059.95 |
| | | | trustee expenses                     302.83 | 3120-000 | | | 64,059.95 |
| | | | trustee fees                         8,077.17 | 3110-000 | | | 64,059.95 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.62 | 63,994.33 |
| 01/10/19 | 103 | Shaw Fishman Glantz & Towbin LLC | Dividend paid 100.00% on $37,262.67, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 29,185.50 | 34,808.83 |
| 01/10/19 | 104 | Shaw Fishman Glantz & Towbin LLC | Dividend paid 100.00% on $4,489.91, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 4,187.08 | 30,621.75 |
| 01/10/19 | 105 | Clerk US Bankruptcy Court Northern | Dividend paid 100.00% on $350.00, Clerk of | 2700-000 | | 350.00 | 30,271.75 |

Subtotals :             $73,380.00      $43,108.25

{} Asset reference(s)

Printed: 02/27/2019 05:51 PM     V.14.50

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 14-83456

**Case Name:** JAIME, ENRIQUE

**Taxpayer ID #:** **-***2789

**Period Ending:** 02/27/19

**Trustee:** Ira Bodenstein (330129)

**Bank Name:** Rabobank, N.A.

**Account:** ******2466 - Checking Account

**Blanket Bond:** $45,000,000.00   (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | District Illinois | the Court Costs (includes adversary and other filing fees);  Reference: | | | | |
| 01/10/19 | 106 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $13,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 13,500.00 | 16,771.75 |
| 01/10/19 | 107 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $2,367.92, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 2,367.92 | 14,403.83 |
| 01/10/19 | 108 | Internal Revenue Service | Dividend paid  66.69% on $11,065.21; Claim# 14P; Filed: $11,065.21; Reference: | 5800-000 | | 7,380.23 | 7,023.60 |
| 01/10/19 | 109 | Ira Bodenstein | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 7,023.60 | 0.00 |
| | | | Dividend paid 100.00%        6,919.00 on $6,919.00;  Claim# ; Filed: $6,919.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%         104.60 on $104.60;  Claim# ; Filed: $104.60 | 2200-000 | | | 0.00 |

| | Receipts | Disbursements | Checking Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 73,380.00 | 73,380.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 73,380.00 | 73,380.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $73,380.00 | $73,380.00 | |

| Net Receipts : | 73,380.00 |
|---|---|
| Net Estate : | $73,380.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2466** | 73,380.00 | 73,380.00 | 0.00 |
| | $73,380.00 | $73,380.00 | $0.00 |

{} Asset reference(s)